## 21576. McCoy *v.* The State.

BROYLES, C. J. The evidence set forth in the petition for certiorari, coupled with the additional evidence set out in the untraversed answer of the trial judge, authorized the judge, sitting without the intervention of a jury, to find the defendant guilty of the offense of possessing intoxicating liquor; and the overruling of the certiorari was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*R. B. Giles,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.